|   |   |
|---|---|
| 1 | JAMES V. FITZGERALD, III (State Bar No. 55632) |
|   | NOAH G. BLECHMAN (State Bar No. 197167) |
| 2 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, |
|   | PFALZER, BORGES & BROTHERS LLP |
| 3 | 1211 Newell Avenue |
|   | Post Office Box 5288 |
| 4 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 939-5330 |
| 5 | Facsimile: (925) 939-0203 |

6   Attorneys for Defendant
    CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA,
7   JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER
    GARD

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF RICHMOND, a public entity, POLICE OFFICER LOUIE TIRONA, individually, POLICE OFFICER JOHN BRUCE, Individually, POLICE OFFICER CHRISTOPHER DECIOUS, Individually, POLICE OFFICER GARD, Individually, and DOES 1 through 10, Jointly and Severally, <br><br> Defendants. | Case No. C09-00171 JL <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Current CMC: September 9, 2009 |

IT IS HEREBY STIPULATED between the parties that the currently set case management conference of September 9, 2009, should be hereby continued until November 18, 2009, or another date per the Court's availability, due to the fact that this matter has not yet undergone its initial settlement conference with Magistrate Judge Maria-Elena James, which is now set for October 26, 2009. The original settlement conference date of August 18th had to be rescheduled for October of 2009 due to a conflict by the undersigned counsel for the Defendants

STIPULATION AND ORDER CONTINUING
CMC – C09-00171 JL

1 as there was a settlement conference on August 18th with defense counsel's office and Your
2 Honor in the case of Williams v. City of Antioch (ND CA - C08-02301 SBA) and the next
3 available date for Judge James was not until October 26th. The parties also needed further time
4 to gather the necessary medical records from the various providers to evaluate the materials and
5 participate in a meaningful settlement conference with Judge James. As such, the parties hereby
6 request and stipulate to continue the case management conference in this matter from September
7 9, 2009, to November 18, 2009, or another date convenient to the Court, at 10:30 a.m. in Your
8 Honor's department.

**IT IS SO STIPULATED**

Dated: September 1, 2009

McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, POLICE OFFICERS LOUIE
TIRONA, JOHN BRUCE, CHRISTOPHER
DECIOUS, AND OFFICER GARD

HADDAD & SHERWIN

Dated: September 1, 2009

By: _____
Michael J. Haddad / Julia Sherwin
Attorneys for Plaintiffs

## ORDER

Good cause having been shown by the parties, the Court hereby continues the currently set case management conference from September 9, 2009, to  November 18, 2009  , at 10:30 a.m. in Courtroom F, 15th Floor. A joint case management conference statement needs be filed by the parties by no later one week prior to the new case management conference date.

**IT IS SO ORDERED.**

Dated: September 8, 2009, 2009

By: _____
Honorable James Larson
United States Magistrate Judge

STIPULATION AND ORDER CONTINUING        2
CMC – C09-00171 JL