MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF RICHMOND, a public entity, POLICE OFFICER LOUIE TIRONA, Individually, POLICE OFFICER JOHN BRUCE, Individually, POLICE OFFICER CHRISTOPHER DECIOUS, Individually, POLICE OFFICER GARD, Individually, and DOES 1 through 10, Jointly and Severally,<br><br>　　　　　Defendants. | No: C-09-00171 JL<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER RE: SETTLEMENT CONFERENCE** |

　　　All parties to this lawsuit, by and through their respective attorneys, request that this case be reassigned from Judge James to Judge Seeborg for an early settlement conference due to scheduling issues, and all parties stipulate to the following:

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

1

1. This is a complex civil rights / wrongful death case against a municipality. The complaint was filed on January 14, 2009. At the initial Case Management Conference on April 22, 2009, this Court referred this case to Judge Maria-Elena James for an early settlement conference. Since that time, the parties have exchanged and/or have subpoenaed and reviewed thousands of pages of documents, including police and medical records, and responded to written discovery. Depositions of the four defendant officers are scheduled for October and the Plaintiffs depositions are set for early November.

2. The current settlement conference scheduled with Judge James for October 26, 2009, is too early for the parties to conduct meaningful settlement discussions. Counsel believe they will be ready to engage in a settlement conference in December, 2009. When counsel inquired with Judge James' clerk about alternate dates in December, counsel was informed that Judge James has no settlement conference dates available until at least March 12, 2010.

3. The parties have a strong preference to have a settlement conference in December, 2009, if at all possible, to conserve costs and attorneys' fees in this civil rights case. Counsel would stipulate to reassignment to Judge Seeborg, whose clerk has indicated he would be available to conduct a settlement conference in this case in December, 2009.

4. Therefore, for these reasons, the parties hereby stipulate and request that this Court reassign this matter from Judge James to Judge Seeborg to conduct a settlement conference. The parties also stipulate and request that the currently set further case management conference of November 18th be continued until after the settlement conference in this case, to January 13, 2010, at 10:30 a.m. in Your Honor's Department.

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

1  Dated:  October 13, 2009   MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
2                              PFALZER, BORGES & BROTHERS LLP
3
4                                       By:    /s/ Noah Blechman
                                                James V. Fitzgerald, III
5                                               Noah G. Blechman
                                                Attorneys for Defendants
6                                               CITY OF RICHMOND, POLICE OFFICERS LOUIE
                                                TIRONA, JOHN BRUCE, CHRISTOPHER
7                                               DECIOUS, AND OFFICER GARD
8
9  Dated:  October 13, 2009     HADDAD & SHERWIN
10
11                                      By:    /s/ Michael J. Haddad
                                                Michael J. Haddad
12                                              Julia Sherwin
                                                Attorneys for Plaintiffs
13                                              URIAH DACH, DECEASED, THROUGH HIS
                                                SUCCESSORS IN INTEREST, TIMOTHY DACH
14                                              AND ELAINE DACH; TIMOTHY DACH, Individually;
                                                and ELAINE DACH, Individually
15

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

3

## **ORDER**

THIS COURT hereby finds Good Cause to reassign this matter from Judge James to Judge Seeborg to conduct a settlement conference. The deadline to conduct this settlement conference is December 23, 2009. The currently scheduled case management conference of November 18th is hereby continued to January 13, 2010, at 10:30 a.m. in this Department. Updated case management conference statements are due one week prior to the new case management conference.

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

DATED: October 14, 2009

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

4