1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California  94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510
5
   Attorneys for Plaintiffs
6

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10 URIAH DACH, DECEASED,              )
   THROUGH HIS SUCCESSORS IN         )   No: C-09-00171 JL
11 INTEREST, TIMOTHY DACH AND        )
   ELAINE DACH; TIMOTHY DACH,        )
12 Individually; and ELAINE DACH,    )
   Individually,                     )
13                                    )   **STIPULATION AND ~~(PROPOSED)~~**
                                      )   **ORDER RE: SETTLEMENT**
14          Plaintiffs,              )   **CONFERENCE**
   vs.                               )
15                                    )
   CITY OF RICHMOND, a public entity,)
16 POLICE OFFICER LOUIE TIRONA,      )
   Individually, POLICE OFFICER JOHN )
17 BRUCE, Individually, POLICE       )
   OFFICER CHRISTOPHER DECIOUS,      )
18 Individually, POLICE OFFICER      )
   GARD, Individually, and DOES 1    )
19 through 10, Jointly and Severally, )
                                      )
20                                    )
            Defendants.              )
21                                    )
                                      )
22                                    )
                                      )
23 _____)

24

25        All parties to this lawsuit, by and through their respective attorneys, request that this

26 case be reassigned from Judge James to Judge Seeborg for an early settlement

27 conference due to scheduling issues, and all parties stipulate to the following:

28

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

1      1.      This is a complex civil rights / wrongful death case against a municipality.

2   The complaint was filed on January 14, 2009.  At the initial Case Management Conference

3   on April 22, 2009, this Court referred this case to Judge Maria-Elena James for an early

4   settlement conference.  Since that time, the parties have exchanged and/or have

5   subpoenaed and reviewed thousands of pages of documents, including police and medical

6   records, and responded to written discovery.  Depositions of the four defendant officers are

7   scheduled for October and the Plaintiffs depositions are set for early November.

8

9      2.      The current settlement conference scheduled with Judge James for October

10  26, 2009, is too early for the parties to conduct meaningful settlement discussions.

11  Counsel believe they will be ready to engage in a settlement conference in December,

12  2009.  When counsel inquired with Judge James' clerk about alternate dates in December,

13  counsel was informed that Judge James has no settlement conference dates available

14  until at least March 12, 2010.

15

16     3.      The parties have a strong preference to have a settlement conference in

17  December, 2009, if at all possible, to conserve costs and attorneys' fees in this civil rights

18  case.  Counsel would stipulate to reassignment to Judge Seeborg, whose clerk has

19  indicated he would be available to conduct a settlement conference in this case in

20  December, 2009.

21

22     4.      Therefore, for these reasons, the parties hereby stipulate and request that

23  this Court reassign this matter from Judge James to Judge Seeborg to conduct a

24  settlement conference.  The parties also stipulate and request that the currently set further

25  case management conference of November 18th be continued until after the settlement

26  conference in this case, to January 13, 2010, at 10:30 a.m. in Your Honor's Department.

27

28

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

1   Dated:  October 13, 2009  MᴄNᴀᴍᴀʀᴀ, Dᴏᴅɢᴇ, Nᴇʏ, Bᴇᴀᴛᴛʏ, Sʟᴀᴛᴛᴇʀʏ,
                              Pꜰᴀʟᴢᴇʀ, Bᴏʀɢᴇs & Bʀᴏᴛʜᴇʀs LLP

2

3

4                        By:   /s/ Noah Blechman
                               James V. Fitzgerald, III

5                               Noah G. Blechman
                               Attorneys for Defendants

6                               CITY OF RICHMOND, POLICE OFFICERS LOUIE
                               TIRONA, JOHN BRUCE, CHRISTOPHER

7                               DECIOUS, AND OFFICER GARD

8

9   Dated:  October 13, 2009      Hᴀᴅᴅᴀᴅ & Sʜᴇʀᴡɪɴ

10

11                       By:   /s/ Michael J. Haddad
                               Michael J. Haddad

12                                 Julia Sherwin
                               Attorneys for Plaintiffs

13                               URIAH DACH, DECEASED, THROUGH HIS
                               SUCCESSORS IN INTEREST, TIMOTHY DACH

14                               AND ELAINE DACH; TIMOTHY DACH, Individually;
                               and ELAINE DACH, Individually

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

1

**ORDER**

2   THIS COURT hereby finds Good Cause to reassign this matter from Judge James

3   to Judge Seeborg to conduct a settlement conference.  The deadline to conduct this

4   settlement conference is December 23, 2009.  The currently scheduled case management

5   conference of November 18th is hereby continued to January 13, 2010, at 10:30 a.m. in

6   this Department.  Updated case management conference statements are due one week

7   prior to the new case management conference.

8   PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

9

10

11   DATED:  October 14, 2009

12   _____
     Hon. James Larson
13   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE