*E-Filed 10/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| URIAH DACH, deceased, through his successors in interest, TIMOTHY DACH and ELAINE DACH; TIMOTHY DACH, individually; and ELAINE DACH, individually,<br><br>        Plaintiffs,<br>  v.<br><br>CITY OF RICHMOND, a public entity; POLICE OFFICER LOUIE TIRONA, individually; POLICE OFFICER JOHN BRUCE, individually; POLICE OFFICER CHRISTOPHER DECIOUS, individually; and DOES 1 through 10, jointly and severally,<br><br>        Defendants.<br>_____/ | No. C 09-00171 JL<br><br>**ORDER VACATING SETTLEMENT CONFERENCE ORDER AND REFERRING CASE TO PRESIDING JUDGE FOR REASSIGNMENT** |

The Court's Settlement Conference Order of October 15, 2009, is hereby VACATED. This case is referred to Judge Larson for re-assignment for settlement purposes.

IT IS SO ORDERED.

No. C 09-00171 JL
ORDER

1  Dated:    10/20/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

No. C 09-00171 JL
ORDER

2