MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF RICHMOND, a public entity, POLICE OFFICER LOUIE TIRONA, Individually, POLICE OFFICER JOHN BRUCE, Individually, POLICE OFFICER CHRISTOPHER DECIOUS, Individually, POLICE OFFICER GARD, Individually, and DOES 1 through 10, Jointly and Severally,<br><br>Defendants. | No: C-09-00171 JL<br><br>UPDATED STIPULATION AND ~~(PROPOSED)~~ ORDER RE: SETTLEMENT CONFERENCE |

The parties hereby stipulate as follows:

All parties to this lawsuit, by and through their respective attorneys, had previously requested that this case be reassigned from Judge James to Judge Seeborg for an early

No: C-09-00171 JL: UPDATED STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

1

1 settlement conference due to scheduling issues, and all parties stipulated to the
2 reassignment, which was approved by the Court (See Document 18, Filed 10/14/09).
3     After being reassigned to Judge Seeborg and after a settlement conference was set
4 up with Judge Seeborg, Judge Seeborg's clerk informed all parties that Judge Seeborg
5 could no longer handle the settlement conference.
6     After the parties have met and conferred with each other regarding the selection of
7 another Magistrate Judge to be reassigned for the settlement conference, the parties
8 agreed to go with Magistrate Judge Nandor J. Vadas.
9     The parties have contacted Judge Vadas and this matter is now set for a settlement
10 conference on December 18th, at 10 a.m. at the U.S. District Court in San Francisco,
11 pending reassignment of this matter to Judge Vadas for the settlement conference.
12     Therefore, for these reasons, the parties hereby stipulate and request that this
13 Court reassign this matter from Judge Seeborg to Judge Vadas to conduct a settlement
14 conference.
15     The parties understand that the Court has already rescheduled the further case
16 management conference from November 18th to January 13, 2010, at 10:30 a.m. in Your
17 Honor's Department, via prior stipulation and order (See Document 18, Filed 10/14/09).
18 IT IS SO STIPULATED

19 Dated: November 5, 2009    McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
20    PFALZER, BORGES & BROTHERS LLP
21
22 By: _____
23    James V. Fitzgerald, III
   Noah G. Blechman
24    Attorneys for Defendants
   CITY OF RICHMOND, POLICE OFFICERS LOUIE
25    TIRONA, JOHN BRUCE, CHRISTOPHER
   DECIOUS, AND OFFICER GARD
26
27
28

No: C-09-00171 JL: UPDATED STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

2

| | | |
|---|---|---|
| 1 | Dated: November 5, 2009 | HADDAD & SHERWIN |
| 2 | | |
| 3 | | By: /s/ *signature* |
| 4 | | Michael J. Haddad<br>Julia Sherwin |
| 5 | | Attorneys for Plaintiffs<br>URIAH DACH, DECEASED, THROUGH HIS |
| 6 | | SUCCESSORS IN INTEREST, TIMOTHY DACH<br>AND ELAINE DACH; TIMOTHY DACH, Individually; |
| 7 | | and ELAINE DACH, Individually |

No: C-09-00171 JL: UPDATED STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

3

## ORDER

THIS COURT hereby finds Good Cause to reassign this matter from Judge Seeborg to Judge Vadas to conduct a settlement conference. Per the prior order on this matter, (Document 18, Filed 10/14/09), the deadline to conduct this settlement conference is December 23, 2009, and the further case management conference is currently set for January 13, 2010, at 10:30 a.m. in this Department. Updated case management conference statements are due one week prior to the new case management conference.

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

DATED: November 12, 2009

*[signature]*
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE

No: C-09-00171 JL: UPDATED STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

4