1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California 94612
4  Telephone: (510) 452-5500
   Fax: (510) 452-5510
5
6  Attorneys for Plaintiffs

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 URIAH DACH, DECEASED,                    )   No: C-09-00171 JL
   THROUGH HIS SUCCESSORS IN                )
11 INTEREST, TIMOTHY DACH AND               )
   ELAINE DACH; TIMOTHY DACH,               )
12 Individually; and ELAINE DACH,           )
   Individually,                            )   UPDATED STIPULATION AND
13                                          )   (PROPOSED) ORDER RE:
              Plaintiffs,                   )   SETTLEMENT CONFERENCE
14                                          )
   vs.                                      )
15                                          )
   CITY OF RICHMOND, a public entity,       )
16 POLICE OFFICER LOUIE TIRONA,             )
   Individually, POLICE OFFICER JOHN        )
17 BRUCE, Individually, POLICE              )
   OFFICER CHRISTOPHER DECIOUS,             )
18 Individually, POLICE OFFICER             )
19 GARD, Individually, and DOES 1           )
   through 10, Jointly and Severally,       )
20                                          )
              Defendants.                   )
21                                          )
22                                          )

23

24     The parties hereby stipulate as follows:

25     All parties to this lawsuit, by and through their respective attorneys, had previously

26 requested that this case be reassigned from Judge James to Judge Seeborg for an early

27

28
No: C-09-00171 JL: UPDATED STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE
                                                                                          1

1 settlement conference due to scheduling issues, and all parties stipulated to the
2 reassignment, which was approved by the Court (See Document 18, Filed 10/14/09).
3     After being reassigned to Judge Seeborg and after a settlement conference was set
4 up with Judge Seeborg, Judge Seeborg's clerk informed all parties that Judge Seeborg
5 could no longer handle the settlement conference.
6     After the parties have met and conferred with each other regarding the selection of
7 another Magistrate Judge to be reassigned for the settlement conference, the parties
8 agreed to go with Magistrate Judge Nandor J. Vadas.
9     The parties have contacted Judge Vadas and this matter is now set for a settlement
10 conference on December 18th, at 10 a.m. at the U.S. District Court in San Francisco,
11 pending reassignment of this matter to Judge Vadas for the settlement conference.
12     Therefore, for these reasons, the parties hereby stipulate and request that this
13 Court reassign this matter from Judge Seeborg to Judge Vadas to conduct a settlement
14 conference.
15     The parties understand that the Court has already rescheduled the further case
16 management conference from November 18th to January 13, 2010, at 10:30 a.m. in Your
17 Honor's Department, via prior stipulation and order (See Document 18, Filed 10/14/09).
18 IT IS SO STIPULATED

19 Dated: November 5, 2009    MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
20     PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, POLICE OFFICERS LOUIE
TIRONA, JOHN BRUCE, CHRISTOPHER
DECIOUS, AND OFFICER GARD

No: C-09-00171 JL: UPDATED STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

2

1 | Dated: November 5, 2009          HADDAD & SHERWIN

2
3                                    By: /s/ Michael J. Haddad
                                         Michael J. Haddad
4                                        Julia Sherwin
                                         Attorneys for Plaintiffs
5                                        URIAH DACH, DECEASED, THROUGH HIS
                                         SUCCESSORS IN INTEREST, TIMOTHY DACH
6                                        AND ELAINE DACH; TIMOTHY DACH, Individually;
                                         and ELAINE DACH, Individually
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No: C-09-00171 JL: UPDATED STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

## ORDER

THIS COURT hereby finds Good Cause to reassign this matter from Judge Seeborg to Judge Vadas to conduct a settlement conference. Per the prior order on this matter, (Document 18, Filed 10/14/09), the deadline to conduct this settlement conference is December 23, 2009, and the further case management conference is currently set for January 13, 2010, at 10:30 a.m. in this Department. Updated case management conference statements are due one week prior to the new case management conference.

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

DATED: November 12, 2009

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE

No: C-09-00171 JL: UPDATED STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT CONFERENCE

4