JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA,
JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER
GARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, et al.,<br><br>Defendants. | Case No. C09-00171 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC: January 13, 2010 |

IT IS HEREBY STIPULATED between the parties that the currently set case management conference of January 13, 2010, should be hereby continued until February 3, 2010, or another date per the Court's availability, due to the fact that defense counsel will be in trial on January 13th. Defense counsel begin a two plus two week civil rights wrongful death trial before Hon. Judge Maria-Elena James on January 11, 2010, in the matter of *Stringer et al. v. City of San Pablo, et al,* (C07-3544 MEJ) ("*Stringer* case"), a matter that the Court has indicated will likely be going forward on that date. Trial in the *Stringer* case has been continued previously and all indications are that trial will be going forward as planned on January 11, 2010, from 10 a.m. to 5 p.m. Monday through Friday. As such, it will not be feasible for defense counsel to attend the

STIPULATION AND ORDER CONTINUING
CMC – C09-00171 JL

January 13, 2010, case management conference in this matter.

Plaintiffs' counsel has agreed to continue the case management conference from January 13, 2010, to February 3, 2010, a date that the Court has indicated it is available for such case management conference. As such, the parties hereby request and stipulate to continue the case management conference in this matter from January 13, 2010, to February 3, 2010, or another date convenient to the Court, at 10:30 a.m. in Your Honor's department. The parties understand that an updated case management conference statement would be due filed one week prior to the case management conference.

**IT IS SO STIPULATED**

Dated: December 23, 2009

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA, JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER GARD

HADDAD & SHERWIN

Dated: December 23, 2009

By: _____
Michael J. Haddad / Julia Sherwin
Attorneys for Plaintiffs

**ORDER**

Good cause having been shown by the parties, the Court hereby continues the currently set case management conference from January 13, 2010, to February 3, 2010, at 10:30 a.m. in Courtroom F, 15th Floor. An updated joint case management conference statement needs be filed by the parties by no later one week prior to the new case management conference date.

**IT IS SO ORDERED.**

Dated: 12/23/09, 2009

By: _____
Honorable James Larson
United States Magistrate Judge

STIPULATION AND ORDER CONTINUING CMC – C09-00171 JL          2