MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, a public entity, POLICE OFFICER LOUIE TIRONA, Individually, POLICE OFFICER JOHN BRUCE, Individually, POLICE OFFICER CHRISTOPHER DECIOUS, Individually, POLICE OFFICER GARD, Individually, and DOES 1 through 10, Jointly and Severally,<br><br>          Defendants. | No: C-09-00171 JL (NJV)<br><br><br>**JOINT CASE MANAGEMENT CONFERENCE UPDATE**<br><br>CMC Date: February 3, 2010<br>Time: 10:30 am |

All parties to this lawsuit, by and through their respective counsel, state that an initial settlement conference with Judge Vadas was held on December 18, 2009.  By that time, the parties had already conducted the depositions of all defendant officers, paramedics from the incident scene, and both plaintiffs.  Voluminous documents were also inspected or exchanged, including police records, thousands of pages of decedent's prior medical records, and damages evidence.

At the settlement conference, the parties agreed to frontload and narrow the issues for current discovery to cause of death through all pathologists involved in this matter, including from the Contra Costa County Coroner's Bureau, the independent pathologist retained by the family of the decedent shortly after his death, and each side's retained expert pathologists.  Over the next 120 days, the parties propose to depose the county and independent pathologists, exchange brief reports from each side's retained expert pathologists, and if necessary, depose those experts, followed by another settlement conference with Judge Vadas.

The parties request that discovery and disclosure dates remain open after this process in the event this matter does not resolve, and that this Court set a further Case Management Conference in late June, 2010.  The parties would have no objection if this Court were to vacate the current Case Management Conference scheduled for February 3, 2010.

1    Dated:  January 27, 2010          MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
2                                       PFALZER, BORGES & BROTHERS LLP

3
                                       By:   /s/ Noah G. Blechman
4                                           James V. Fitzgerald, III
                                            Noah G. Blechman
5                                           Attorneys for Defendants
                                            CITY OF RICHMOND, POLICE OFFICERS LOUIE
6                                           TIRONA, JOHN BRUCE, CHRISTOPHER
                                            DECIOUS, AND OFFICER GARD
7

8
9    Dated:  January 27, 2010          HADDAD & SHERWIN

10
                                       By:   /s/ Michael J. Haddad
11                                          Michael J. Haddad
                                            Julia Sherwin
12                                          Attorneys for Plaintiffs
                                            URIAH DACH, DECEASED, THROUGH HIS
13                                          SUCCESSORS IN INTEREST, TIMOTHY DACH
                                            AND ELAINE DACH; TIMOTHY DACH, Individually;
14                                          and ELAINE DACH, Individually

15

16   The Case Management Conference is continued to June 30, 2010 at 10:30 a.m.

17   Date: January 29, 2010

18

19

20                                              IT IS SO ORDERED
21
                                                James Larson
22                                              Judge James Larson

23

24

25

26

27

28

No: C-09-00171 JL (NJV): JOINT CASE MANAGEMENT CONFERENCE UPDATE                    3