```
1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California 94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510
5
   Attorneys for Plaintiffs
6
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF RICHMOND, a public entity, POLICE OFFICER LOUIE TIRONA, Individually, POLICE OFFICER JOHN BRUCE, Individually, POLICE OFFICER CHRISTOPHER DECIOUS, Individually, POLICE OFFICER GARD, Individually, and DOES 1 through 10, Jointly and Severally,<br><br>　　　　　Defendants. | No: C-09-00171 JL (NJV)<br><br>**JOINT CASE MANAGEMENT CONFERENCE UPDATE**<br><br>CMC Date: February 3, 2010<br>Time: 10:30 am |

All parties to this lawsuit, by and through their respective counsel, state that an initial settlement conference with Judge Vadas was held on December 18, 2009. By that time, the parties had already conducted the depositions of all defendant officers, paramedics from the incident scene, and both plaintiffs. Voluminous documents were also inspected or exchanged, including police records, thousands of pages of decedent's prior medical records, and damages evidence.

At the settlement conference, the parties agreed to frontload and narrow the issues for current discovery to cause of death through all pathologists involved in this matter, including from the Contra Costa County Coroner's Bureau, the independent pathologist retained by the family of the decedent shortly after his death, and each side's retained expert pathologists. Over the next 120 days, the parties propose to depose the county and independent pathologists, exchange brief reports from each side's retained expert pathologists, and if necessary, depose those experts, followed by another settlement conference with Judge Vadas.

The parties request that discovery and disclosure dates remain open after this process in the event this matter does not resolve, and that this Court set a further Case Management Conference in late June, 2010. The parties would have no objection if this Court were to vacate the current Case Management Conference scheduled for February 3, 2010.

| | | |
|---|---|---|
| 1 | Dated: January 27, 2010 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Noah G. Blechman<br>James V. Fitzgerald, III |
| 5 | | Noah G. Blechman<br>Attorneys for Defendants |
| 6 | | CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA, JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER GARD |
| 7 | | |
| 8 | | |
| 9 | Dated: January 27, 2010 | HADDAD & SHERWIN |
| 10 | | |
| 11 | | By:   /s/ Michael J. Haddad<br>Michael J. Haddad |
| 12 | | Julia Sherwin<br>Attorneys for Plaintiffs |
| 13 | | URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; |
| 14 | | and ELAINE DACH, Individually |

The Case Management Conference is continued to June 30, 2010 at 10:30 a.m.

Date: January 29, 2010

*IT IS SO ORDERED*
*(signature)*
Judge James Larson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

No: C-09-00171 JL (NJV): JOINT CASE MANAGEMENT CONFERENCE UPDATE          3