1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California  94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510
5
6  Attorneys for Plaintiffs

7              **UNITED STATES DISTRICT COURT**

8             **NORTHERN DISTRICT OF CALIFORNIA**

9

10  URIAH DACH, DECEASED,                )
    THROUGH HIS SUCCESSORS IN            )   No: C-09-00171 JL (NJV)
11  INTEREST, TIMOTHY DACH AND           )
    ELAINE DACH; TIMOTHY DACH,           )
12  Individually; and ELAINE DACH,       )
    Individually,                        )
13                                       )   **STIPULATION AND ~~(PROPOSED)~~**
                                         )   **ORDER RE: CORONER'S RECORDS**
14              Plaintiffs,              )
15  vs.                                  )
                                         )
16  CITY OF RICHMOND, a public entity,   )
    POLICE OFFICER LOUIE TIRONA,         )
17  Individually, POLICE OFFICER JOHN    )
    BRUCE, Individually, POLICE          )
18  OFFICER CHRISTOPHER DECIOUS,         )
    Individually, POLICE OFFICER         )
19  GARD, Individually, and DOES 1       )
    through 10, Jointly and Severally,   )
20                                       )
                Defendants.              )
21                                       )
22  _____     )
23
24
25       All parties to this lawsuit, by and through their respective attorneys, stipulate that
26  examination and copying of all x-ray films and photographs of Uriah Dach, deceased, and
27  all other photographs, documents, notes, and records concerning Uriah Dach, deceased,
28
    No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: CORONER'S RECORDS
                                                                              1

1  in possession or control of the Contra Costa County Coroner's Division, are necessary for

2  discovery and trial in this case relating to the death of Uriah Dach.  The parties respectfully

3  request that this Court find good cause to order production of these x-ray films,

4  photographs, notes, and records by the Contra Costa County Coroner's Division for the

5  parties' inspection and copying. The parties have provided notice of this request to the

6  District Attorney's Office of Contra Costa County pursuant to California Code of Civil

7  Procedure § 129, and the District Attorneys' office has stated no objection to this request.

8

9

10

11  Dated:  January 27, 2010          MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

12

13                                    By: /s/ Noah G. Blechman

14                                        James V. Fitzgerald, III
                                          Noah G. Blechman

15                                        Attorneys for Defendants
                                          CITY OF RICHMOND, POLICE OFFICERS LOUIE

16                                        TIRONA, JOHN BRUCE, CHRISTOPHER
                                          DECIOUS, AND OFFICER GARD

17

18  Dated:  February 22, 2010          HADDAD & SHERWIN

19

20                                    By:   /s/ Michael J. Haddad

21                                        Michael J. Haddad
                                          Julia Sherwin

22                                        Attorneys for Plaintiffs
                                          URIAH DACH, DECEASED, THROUGH HIS

23                                        SUCCESSORS IN INTEREST, TIMOTHY DACH
                                          AND ELAINE DACH; TIMOTHY DACH, Individually;

24                                        and ELAINE DACH, Individually

25

26

27

28

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: CORONER'S RECORDS

## ORDER

THIS COURT hereby finds Good Cause to order the Contra Costa County

Coroner's Division to produce all x-ray films, photographs, notes, and other records

concerning Uriah Dach, Deceased, for inspection and copying by the parties in this case.

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.


DATED:   February 23, 2010

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE