MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>  Plaintiffs,<br>vs.<br><br>CITY OF RICHMOND, a public entity, POLICE OFFICER LOUIE TIRONA, Individually, POLICE OFFICER JOHN BRUCE, Individually, POLICE OFFICER CHRISTOPHER DECIOUS, Individually, POLICE OFFICER GARD, Individually, and DOES 1 through 10, Jointly and Severally,<br><br>  Defendants. | No: C-09-00171 JL (NJV)<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER RE: CORONER'S RECORDS** |

All parties to this lawsuit, by and through their respective attorneys, stipulate that examination and copying of all x-ray films and photographs of Uriah Dach, deceased, and all other photographs, documents, notes, and records concerning Uriah Dach, deceased,

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: CORONER'S RECORDS

1

in possession or control of the Contra Costa County Coroner's Division, are necessary for discovery and trial in this case relating to the death of Uriah Dach. The parties respectfully request that this Court find good cause to order production of these x-ray films, photographs, notes, and records by the Contra Costa County Coroner's Division for the parties' inspection and copying. The parties have provided notice of this request to the District Attorney's Office of Contra Costa County pursuant to California Code of Civil Procedure § 129, and the District Attorneys' office has stated no objection to this request.

Dated: January 27, 2010    MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: /s/ Noah G. Blechman
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA, JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER GARD

Dated: February 22, 2010    HADDAD & SHERWIN

By: /s/ Michael J. Haddad
Michael J. Haddad
Julia Sherwin
Attorneys for Plaintiffs
URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually

No: C-09-00171 JL: STIPULATION AND (PROPOSED) ORDER RE: CORONER'S RECORDS

2

**ORDER**

THIS COURT hereby finds Good Cause to order the Contra Costa County Coroner's Division to produce all x-ray films, photographs, notes, and other records concerning Uriah Dach, Deceased, for inspection and copying by the parties in this case.

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

DATED: February 23, 2010

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE