JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA,
JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER
GARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, et al.,<br><br>Defendants. | Case No. C09-00171 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:     June 30, 2010<br><br>Cont. Sought To:  September 1, 2010 |

IT IS HEREBY STIPULATED between the parties that the currently set case management conference of June 30, 2010, should be hereby continued until September 1, 2010, or another date per the Court's availability, for the reasons set forth below.

As the Court is aware, the parties are performing early expert discovery in this matter in preparation and anticipation for a further settlement conference with Judge Vadas. However, the parties have had several unavoidable setbacks and/or delays due to no fault of their own. One key starting point for such expert discovery is to obtain all of the medical records and films from the County of Contra Costa's Coroner's Office to get to the parties respective expert(s) for review and analysis. However, there has been a lengthy delay to obtain these records from the

STIPULATION AND ORDER CONTINUING
CMC – C09-00171 JL

1  Coroner's office, due to confusion in that office over what records were in their files and then
2  delays in copying them for counsel. A previously undisclosed x-ray film and photograph were
3  finally produced by the Coroner's office approximately one week ago.

4  Further delaying discovery matters in this case were the fact that defense counsel had a
5  two week civil rights trial in January in the matter of *Stringer et al. v. City of San Pablo, et al*,
6  (C07-3544 MEJ) and a three week civil rights trial in March/April in the matter of Moore v.
7  Zeppa et al. (C04-1749 MMC). Further, Plaintiffs' counsel have been in trial in related public
8  strip search cases in *Taylor, et al. v. City of Oakland, et al.* (No. C-04-4843 MHP). The *Taylor*
9  bench trial may resume in early May in the event Judge Patel orders presentation of evidence
10 concerning municipal liability. These significant trials have also prevented the parties in this
11 case from delving significantly into the expert discovery necessary for the upcoming settlement
12 conference.

13 Now, the parties have a tentative plan and schedule for expert discovery over the next
14 few months leading up to the further settlement conference with Judge Vadas, which has been
15 confirmed with his department for August 19, 2010.

16 As such, the parties have agreed to continue the case management conference from June
17 30, 2010, to September 1, 2010, so that the parties can complete their expert discovery and attend
18 a further settlement conference with Judge Vadas. As such, the parties hereby request and
19 stipulate to continue the case management conference in this matter from June 30, 2010, to
20 September 1, 2010, or another date convenient to the Court, at 10:30 a.m. in Your Honor's
21 department. The parties understand that an updated case management conference statement
22 would be due filed one week prior to the new case management conference date

23 **IT IS SO STIPULATED**

STIPULATION AND ORDER CONTINUING  2
CMC – C09-00171 JL

| | |
|---|---|
| Dated: April 26, 2010 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| | By: _____ |
| | James V. Fitzgerald, III / Noah G. Blechman |
| | Attorneys for Defendants |
| | CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA, JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER GARD |
| | HADDAD & SHERWIN |
| Dated: April 26, 2010 | By: /s/ Michael J. Haddad |
| | Michael J. Haddad / Julia Sherwin |
| | Attorneys for Plaintiffs |

## ORDER

Good cause having been shown by the parties, the Court hereby continues the currently set case management conference from June 30, 2010, to September 1, 2010, at 10:30 a.m. in Courtroom F, 15th Floor. An updated joint case management conference statement needs be filed by the parties by no later one week prior to the new case management conference date. A further settlement conference with Judge Vadas shall be completed before the next CMC conference.

**IT IS SO ORDERED.**

Dated: April 28, 2010

By: _____
Honorable James Larson
United States Magistrate Judge

STIPULATION AND ORDER CONTINUING      3
CMC – C09-00171 JL