1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA,
7  JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER
   GARD
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  URIAH DACH, DECEASED, THROUGH    Case No. C09-00171 JL
    HIS SUCCESSORS IN INTEREST,
13  TIMOTHY DACH AND ELAINE DACH;   STIPULATION AND [PROPOSED]
    TIMOTHY DACH, Individually; and  ORDER CONTINUING SETTLEMENT
14  ELAINE DACH, Individually,       CONFERENCE

15          Plaintiffs,               Current SC Date:   August 19, 2010

16      vs.                           New SC Date:       August 17, 2010

17  CITY OF RICHMOND, et al.,

18          Defendants.

19

20      IT IS HEREBY STIPULATED between the parties that the currently set further

21  settlement conference date with Judge Vadas of August 19, 2010, should be hereby continued to

22  August 17, 2010, two days prior, at 11:00 a.m. at U.S.D.C. in San Francisco, in Judge Laporte's

23  courtroom, Courtroom E, 15th Floor. This brief continuance is due to a significant conflict with

24  the August 19th date by the Defendants.

25      The parties have agreed to continue the further settlement conference to August 17, 2010.

26  Judge Vadas' department has indicated availability on August 17, 2010. All briefing deadlines

    from Judge Vadas' prior settlement conference order will apply to the new date of August 17,

    2010.

STIPULATION AND ORDER CONTINUING
SETTLEMENT CONFERENCE – C09-00171 JL

1   In addition, the parties stipulate that the four individually named peace officers may be
2   excused from personal attendance at the further settlement conference on August 17, 2010.

**IT IS SO STIPULATED**

Dated: June 29, 2010

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, POLICE OFFICERS LOUIE
TIRONA, JOHN BRUCE, CHRISTOPHER
DECIOUS, AND OFFICER GARD

HADDAD & SHERWIN

Dated: June 28, 2010

By: _____
Michael J. Haddad / Julia Sherwin
Attorneys for Plaintiffs

**ORDER**

Good cause having been shown by the parties, the Court hereby continues the currently set further settlement conference from August 19, 2010, to August 17, 2010, at 11:00 a.m. in Judge Laporte's courtroom, Courtroom E, 15th Floor of the U.S.D.C in San Francisco. All briefing deadlines from Judge Vadas' prior settlement conference order will apply to the new date of August 17, 2010. In addition, the individually named peace officers may be excused from personal attendance at the further settlement conference.

**IT IS SO ORDERED.**

Dated: 6/30/10, 2010

By: _____
Honorable Nandor J. Vadas
United States Magistrate Judge

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

STIPULATION AND ORDER CONTINUING         2
SETTLEMENT CONFERENCE – C09-00171 JL