1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   McNamara, Dodge, Ney, Beatty, Slattery,
    Pfalzer, Borges & Brothers LLP
3   1211 Newell Avenue
    Post Office Box 5288
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile:  (925) 939-0203

6   Attorneys for Defendant
    CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA,
7   JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER
    GARD
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  URIAH DACH, DECEASED, THROUGH          Case No. C09-00171 JL
    HIS SUCCESSORS IN INTEREST,
13  TIMOTHY DACH AND ELAINE DACH;          STIPULATION AND [PROPOSED]
    TIMOTHY DACH, Individually; and        ORDER CONTINUING DISCOVERY
14  ELAINE DACH, Individually,             DEADLINES

15                Plaintiffs,              Trial Date:    July 25, 2011

16         vs.

17  CITY OF RICHMOND, et al.,

18                Defendants.

19

20         IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,

21  through their respective counsel of record, and approved by the Court in the accompanying Order,

22  as follows:

23         1.  WHERAS per Amended Case Management and Pretrial Order (Document 41), e-filed

24             on September 10, 2010, the following deadlines are currently set by the Court in this

25             matter:

26

27

28         / / /

    STIPULATION AND ORDER CONTINUING
    DISCOVERY DEADLINES – C09-00171 JL

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

| **Deadline Description** | **Current Date** |
| --- | --- |
| Close of Non-Expert Discovery | January 14, 2011 |
| Expert Disclosure | January 14, 2011 |
| Rebuttal Expert Disclosure | No current deadline |
| Close of Expert Discovery | April 15, 2011 |
| Dispositive Motion Hearing Date | May 25, 2011 |
| Pretrial Conference | July 6, 2011 |
| Trial Date | July 25, 2011 |

2. WHEREAS the parties have diligently litigated this matter since discovery opened in this case, including exchanging initial disclosures, exchanging written discovery, subpoenaing extensive records and taking and defending numerous fact related depositions.

3. WHEREAS the parties have also performed limited expert discovery to include production of brief opinion reports and limited depositions of experts of the Plaintiffs, along with the deposition of the coroner who initially performed Decedent's autopsy.

4. WHEREAS the parties have also attended two settlement conferences with Judge Vadas, though this matter has not resolved.

5. WHEREAS additional discovery is needed by all parties to prepare this matter for trial, including additional depositions. Several depositions may need to be taken in Southern California and Defendants are in the process of trying to identify and serve such deponents.

6. WHEREAS due to the upcoming Thanksgiving holiday, plus an upcoming two week trial by lead defense counsel with Judge Jeffrey White in the matter of _Johnson/Horton v. City of Antioch et al._ (U.S.D.C, C09-03153 JSW), slated to begin on December 6, 2010 (with jury selection likely starting on December 1st), and the upcoming Christmas holidays, it is likely that the parties will not be able to complete the necessary discovery for trial by the current deadline of January 14, 2011.

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

7. WHEREAS the parties are hereby requesting a brief extension of the non-expert discovery deadline, the expert disclosure deadline and to set a deadline for disclosure of rebuttal experts based upon the above stated good cause.

8. WHEREAS this is the first request for such extension of such deadlines and this request by the parties will not affect the close of expert discovery deadline, the dispositive motion deadlines, the pretrial conference nor the trial date.

9. WHEREAS good cause has been demonstrated by the parties to continue the current discovery deadlines in this case as follows:

| Deadline Description | Current Date | Proposed Modified Date |
|---|---|---|
| Close of Non-Expert Discovery | January 14, 2011 | February 18, 2011 |
| Expert Disclosure | January 14, 2011 | February 25, 2011 |
| Rebuttal Expert Disclosure | No current deadline | March 11, 2011 |
| Close of Expert Discovery | April 15, 2011 | No change. |
| Dispositive Motion Hearing Date | May 25, 2011 | No change. |
| Pretrial Conference | July 6, 2011 | No change. |
| Trial Date | July 25, 2011 | No change. |

**IT IS SO STIPULATED**

Dated: November _8__, 2010     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: ___/s/ James V. Fitzgerald, III_____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA, JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER GARD

HADDAD & SHERWIN

Dated: November _8__, 2010     By: ___/s/ Michael J. Haddad_____
Michael J. Haddad / Julia Sherwin
Attorneys for Plaintiffs

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1

## ORDER

2    Good cause having been shown by the parties, the Court hereby continues the currently

3  set discovery deadlines as follows per the New Date/Deadline section (in bold) below.  All other

4  aspects of the Amended Case Management and Pretrial Order (Document 41), e-filed on

5  September 10, 2010, remain in effect and are only modified per the effect of these new deadlines

6  listed below in conjunction with the Amended Case Management and Pretrial Order.

7

8

| Deadline Description | Current Date | New Date/Deadline |
|---|---|---|
| Close of Non-Expert Discovery | January 14, 2011 | **February 18, 2011** |
| Expert Disclosure | January 14, 2011 | **February 25, 2011** |
| Rebuttal Expert Disclosure | No current deadline | **March 11, 2011** |
| Close of Expert Discovery | April 15, 2011 | **No change.** |
| Dispositive Motion Hearing Date | May 25, 2011 | **No change.** |
| Pretrial Conference | July 6, 2011 | **No change.** |
| Trial Date | July 25, 2011 | **No change.** |

9

10

11

12

13

14

15

16

17  **IT IS SO ORDERED.**

18

19                     November 10,
     Dated: _____, 2010

20                                    By: _____

21                                    Honorable James Larson

22                                    United States Magistrate Judge

23

24

25

26

27

28