JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA,
JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER GARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, et al.,<br><br>Defendants. | Case No. C09-00171 JL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:   July 25, 2011 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, as follows:

1. WHERAS the parties are hereby jointly requesting a case management conference in front of Your Honor to discuss various issues related to whether or not this matter will be heard for trial on July 25, 2011, among other issues listed below.

2. WHEREAS the parties were informed by Your Honor of his anticipated retirement in May of 2011, which would be prior to the trial of this matter. As such, the handling of this matter would be reassigned to another judge for all purposes, including trial.

STIPULATION AND ORDER SETTING CASE
MANAGEMENT CONFERENCE – C09-00171 JL

3. WHEREAS the parties are fervently trying to complete discovery prior to the February 18th non-expert discovery cut off, including the depositions of third parties and medical providers.

4. WHEREAS currently expert disclosure is set for February 25th, with rebuttal disclosures due March 11th. Expert discovery closes on April 15th. The last day to file any dispositive motion would be April 20th. The parties have been very cooperative throughout discovery.

5. WHEREAS the parties may file some pretrial motions in this matter that may have a direct impact on the scope and breadth of the trial of this matter. It is reasonable to the parties that such motions may want to be heard by the newly assigned trial judge for case and trial management purposes.

6. WHEREAS Plaintiffs' counsel have an upcoming trial in <u>Castillo v. City of Oakland</u>, No. 09-4679 SI (JL), commencing on February 22, 2011, that will have an impact on the expert discovery in this matter.

7. WHEREAS the parties are also concerned about the rush of discovery, expert disclosures and discovery if, perhaps, the July 25, 2011, trial date would be vacated or reset to a later date in light of the reassignment of this case in conjunction with Your Honor's retirement.

8. WHEREAS there have been and are difficult issues involving medical records, police personnel records, and privileges in this matter which has impacted discovery efforts. The parties need to understand the time sequence in this matter so that the parties do not get jammed or bogged down in our respective discovery efforts, especially if trial of this matter gets continued to later on in 2011.

9. WHEREAS the parties wished to discuss these and other issues with the Court as soon as feasible so that the parties can determine the proper courses of action in terms of discovery, pretrial motions and trial.

10. WHEREAS good cause exists for the parties to request a further case management conference with Your Honor as soon as feasible. The parties are available for a

STIPULATION AND ORDER SETTING CASE MANAGEMENT CONFERENCE -- C09-00171 JL   2

further case management conference on February 9, 2011, at 10:30 a.m., with Your Honor. Co-lead trial counsel for Defendants, Noah G. Blechman, will personally attend and we request that other co-lead trial counsel for Defendants, James V. Fitzgerald, be able to appear by telephone as he will be involved in a mediation as the mediator on behalf of the Northern District's ADR program on that date. Co-lead trial counsel for Plaintiffs, Michael J. Haddad, will attend in person.

**IT IS SO STIPULATED**

Dated: February 7, 2011

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & AMBACHER LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, POLICE OFFICERS LOUIE TIRONA, JOHN BRUCE, CHRISTOPHER DECIOUS, AND OFFICER GARD

HADDAD & SHERWIN

Dated: February 7, 2011

By: __/s/__ Michael J. Haddad_____
Michael J. Haddad/Julia Sherwin
Attorneys for Plaintiffs

**ORDER**

Good cause having been shown by the parties, the Court hereby sets a further case management conference for February 9, 2011, at 10:30 a.m. in my department. Mr. Fitzgerald can attend by telephone by calling 925 939-5330 prior to the conference. The parties are ordered to file an updated case management conference statement by February 8th.

**IT IS SO ORDERED.**

Dated: February 8, 2011

By: _____
Honorable James Larson
United States Magistrate Judge

STIPULATION AND ORDER SETTING CASE MANAGEMENT CONFERENCE -- C09-00171 JL        3