MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>                    Plaintiffs,<br>vs.<br><br>CITY OF RICHMOND, a public entity, POLICE OFFICER LOUIE TIRONA, Individually, POLICE OFFICER JOHN BRUCE, Individually, POLICE OFFICER CHRISTOPHER DECIOUS, Individually, POLICE OFFICER GARD, Individually, and DOES 1 through 10, Jointly and Severally,<br><br>                    Defendants. | No: C-09-00171 JSC (NJV)<br><br>Hon. Jacqueline Scott Corley<br><br>**STIPULATION AND (PROPOSED) ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  December 15, 2011<br>Time:  9:00 a.m.<br>Location:  Courtroom F, 15th Floor |

The parties have scheduled a mediation to take place on November 10, 2011 with the Honorable Wayne D. Brazil of JAMS.  In light of the upcoming mediation and to conserve attorneys fees and costs in this matter, the parties, by and through their respective counsel, pursuant to Civil Local Rule 6-2, stipulate to the following modifications to the briefing schedule for Defendants' Motion for Partial Summary Judgment, which was filed on November 3, 2011:

    Plaintiffs' Opposition to be Filed:   November 23, 2011

    Defendants' Reply to be Filed:      December 1, 2011

The previously noticed hearing date and time shall remain December 15, 2011 at 9:00 a.m.  These brief extensions of time would have no effect on the case schedule.

    IT IS SO STIPULATED.

Dated:  November 7, 2011        HADDAD & SHERWIN

                                    /s/ Michael J. Haddad
                                    MICHAEL J. HADDAD
                                    Attorneys for Plaintiffs

Dated:  November 7, 2011        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

                                    /s/ Noah G. Blechman
                                    NOAH G. BLECHMAN
                                    Attorneys for Defendants

**(~~PROPOSED~~) ORDER**

By stipulation and agreement of all parties to this action, this Court hereby adopts the above-stipulated briefing deadlines as its order in this matter.

IT IS SO ORDERED.

_11/8/2011_____
DATE

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

No: C-09-00171 RS (NJV):  STIPULATION AND (~~PROPOSED~~) ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT       3