MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIAH DACH, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, TIMOTHY DACH AND ELAINE DACH; TIMOTHY DACH, Individually; and ELAINE DACH, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, a public entity, POLICE OFFICER LOUIE TIRONA, Individually, POLICE OFFICER JOHN BRUCE, Individually, POLICE OFFICER CHRISTOPHER DECIOUS, Individually, POLICE OFFICER GARD, Individually, and DOES 1 through 10, Jointly and Severally,<br><br>Defendants. | No: C-09-00171 JSC (NJV)<br><br>Hon. Jacqueline Scott Corley<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  December 15, 2011<br>Time:  9:00 a.m.<br>Location:  Courtroom F, 15th Floor |

The parties have scheduled a mediation to take place on November 10, 2011 with the Honorable Wayne D. Brazil of JAMS. In light of the upcoming mediation and to conserve attorneys fees and costs in this matter, the parties, by and through their respective counsel, pursuant to Civil Local Rule 6-2, stipulate to the following modifications to the briefing schedule for Defendants' Motion for Partial Summary Judgment, which was filed on November 3, 2011:

Plaintiffs' Opposition to be Filed:   November 23, 2011

Defendants' Reply to be Filed:   December 1, 2011

The previously noticed hearing date and time shall remain December 15, 2011 at 9:00 a.m. These brief extensions of time would have no effect on the case schedule.

IT IS SO STIPULATED.

Dated:  November 7, 2011            HADDAD & SHERWIN

/s/ Michael J. Haddad
MICHAEL J. HADDAD
Attorneys for Plaintiffs


Dated:  November 7, 2011            MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

/s/ Noah G. Blechman
NOAH G. BLECHMAN
Attorneys for Defendants

No: C-09-00171 RS (NJV):  STIPULATION AND (~~PROPOSED~~) ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT       2

## (~~PROPOSED~~) ORDER

By stipulation and agreement of all parties to this action, this Court hereby adopts the above-stipulated briefing deadlines as its order in this matter.

IT IS SO ORDERED.

_11/8/2011_____
DATE

_____*Jacqueline S. Corley*_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge